**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| TERRENCE L. JACKSON, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : CASE NO.: 1:09-CV-55 (WLS) |
| | : |
| WILLIAM TERRY, *Warden*, | : |
| | : |
| Respondent. | : |
| _____ | : |

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 22, 2011. (Doc. 8). It is recommended that the *pro se* prisoner Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 2) be denied. (Doc. 8 at 9). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1), which objection period expired on July 11, 2011, with application of the prisoner mailbox rule. (*See* Doc. 8 at 9-10; Docket; Fed. R. Civ. P. 6(d)).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 8) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the *pro se* prisoner Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 2) is **DENIED**.

**SO ORDERED**, this  20th  day of July, 2011.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1